IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

---

**DOREITHA BROOKS**,                           Civil File No. 11-CV-2312 JTM/JPO

    Plaintiff,

vs.                                                                 **NOTICE OF DISMISSAL**
                                                                               **WITH PREJUDICE**

**FINANCIAL ASSET MANAGEMENT SYSTEMS, INC.**,

    Defendant.

---

**NOTICE IS HEREBY GIVEN** that, pursuant to Fed. R. Civ. P. 41(a)(1)(i), the above-entitled action by Plaintiff may be, and hereby is dismissed on its merits with prejudice, without costs, disbursements or attorney's fees to any party, and that a judgment of dismissal with prejudice and on the merits may be entered in the above-entitled action pursuant hereto.

                                              Respectfully submitted,

Dated: __August 5, 2011__           By: __/s/ J. Mark Meinhardt__
                                              J. Mark Meinhardt KS # 20245
                                              4707 College Blvd, Suite 100
                                              Leawood, KS 66211
                                              (913) 451-9797 (Telephone)
                                              (913) 451-6163 (Facsimile)
                                              meinhardtlaw@sbcglobal.net

                                              **ATTORNEY FOR PLAINTIFF**